*Jeremiah H. Gardner* v. *Sears P. Champlin.* J. RHOADES, for appellants; S. STEVENS, for defendants.

The part of the order appealed from which overrules the first exception to the master's report and charges the defendant with costs, overruled, with costs. Complainant to pay to the defendant his costs upon the reference and of the exceptions to the report and of hearing thereof before the vice chancellor.

Proceedings remitted.

*Rudolph W. Burlage* v. *John C. Morrison et al.* J. RHOADES, for complainant; A. TABER, for defendants.

Decretal order appealed from affirmed, with costs; and proceedings remitted.

*William Fitch* v. *Thomas Smith.* *Orin Terry* v. *The same.* E. FITCH SMITH, for appellants; C. H. BRAMHALL, for respondent.

What is a commencement of a suit,

Decided in this case that the filing of a bill is not the commencement of a suit; but that a suit is commenced in this court by the issuing and service of the subpœna, or making a bona fide attempt to serve it, after the bill has been filed.

Order of the vice chancellor affirmed, with costs.